UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LON CARTER,<br><br>          Petitioner,<br><br>    v.<br><br>CYNTHIA TAMPKINS,<br><br>          Respondent. | CASE NO. CV 13-7766-GHK (PJW)<br><br>J U D G M E N T |

    Pursuant to the Order Dismissing Second or Successive Habeas Corpus Petition,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

    DATED:   10/28/13   .

                                      GEORGE H. KING
                                      UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\CV 13-7766.JUDGMENT.wpd